No. 10–6866.  VARGAS-SOLIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8583.  MENDOZA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8659.  BUSTOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10619.  CATES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10630.  WASHINGTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10727.  HARTWELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–662.  FISCHER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–721.  STEPHENS ET AL. *v.* US AIRWAYS GROUP, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–821.  CADLE *v.* HICKS.  C. A. 10th Cir.  Certiorari denied.

No. 11–823.  COREN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–927.  GARGANO *v.* SUPREME JUDICIAL COURT OF MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 11–928.  MOORE ET AL. *v.* PERKINS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 11–930.  SPENCER *v.* ROCHE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–932.  BURTCH, CHAPTER 7 TRUSTEE *v.* MILBERG FACTORS, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.